THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRUNO ZUCKERBERG, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of book-making,

reversed on the law and the facts, the information dismissed, and the fine remitted. The finding of guilt was not established beyond a reasonable doubt. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.